David counts United States District Judge,

I Emilio Juan Sanchez did answer the question that you all provided for me and I mailed them off a week before the deadline. in the past I had mail not been sent by midland county sheriffs office. Can you please check agin and I followed my court order, and I wanted to ask why was it Dismissed, please can you please get somone to check for me, sorry to bother you and Thank you

NO: MO:20-CV-00127-DC

Emilio Sanchez

Midland County
Detention Center
P.O. Box 11387
Midland, TX 79702

Emilio Sanchez #22561019

RECEIVED
AUG 18 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States District Court
Western District of texas
200 East Wall St. Room 222
Midland Tx 79701-5217